CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

May 6, 2024

Filed ECF
Hon. Valerie Figueredo
United States District Court
500 Pearl Street
New York, NY 10007

          RE:    Cruz v. O'Malley
                  24-cv-0823 (JPO)(VF)

Dear Judge Figueredo:

      I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof. Plaintiff's papers are due to be filed Wednesday, May 8, 2024. This is plaintiff's first request for an extension of time.

      I seek additional time to complete Plaintiff's Brief due to the unusually lengthy administrative record (4,499 pages) and my own inordinately busy work schedule over the past two weeks, making it difficult to complete these papers at this time. In consultation with opposing counsel, SAUSA Candace Brown Casey, we respectfully request that the Court approve of the following revised schedule:

| | |
|---|---|
| June 7, 2024 | Plaintiff's Motion for Judgment on the Pleadings |
| August 6, 2024 | Defendant's Opposition/Cross-Motion |
| August 20, 2024 | Plaintiff's Reply |

      Thank you for you for Your Honor's attention to this matter.

cc: Candace Brown Casey, Esq.
     Attorney for Defendant

Very truly yours,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

---

**MEMO ENDORSED**

*[signature]*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: May 7, 2024

The extension requested herein is granted. The deadline to submit Plaintiff's Brief is now due June 7, 2024. Defendant's Opposition/Cross-Motion is now due August 6, 2024. The deadline for Plaintiff's Reply is now due August 20, 2024. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 9.