UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIORDALIZA CRUZ,

                Plaintiff,

    -against-

                                                24-CV-823 (JPO) (VF)
                                                  **ORDER**

MARTIN J. O'MALLEY,

                Defendant.
-----------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Pursuant to the letter at ECF No. 23, the motion for attorneys' fees at ECF No. 20 has been withdrawn.

                                              Respectfully submitted,

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge

                                              **Date:** 12/12/24